UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 10-cv-2135 PJS-AJB

| | |
|---|---|
| LAURA MOLDE<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL RECOVERY SERVICES, INC., ZACH LEROL, and NICK DOE,<br><br>    Defendants. | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF FINANCIAL RECOVERY SERVICES, INC.**
_____

    Defendant Financial Recovery Services, Inc. ("FRS"), being a non-governmental corporate party, by and through its undersigned counsel, hereby submits its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and states as follows:

    FRS is not a publicly held or traded corporation and is not a wholly owned subsidiary of any publicly held or traded corporation.

1612777v1

|  |  |
|---|---|
|  | MOSS & BARNETT<br>A Professional Association |
| Dated:  June 15, 2010 | s/ Michael S. Poncin<br>Michael S. Poncin (#296417)<br>James R. Bedell (#351544)<br>4800 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4129<br>Telephone:  (612) 877-5000<br>Counsel for Defendant Financial<br>Recovery Services, Inc. |

1612777v1